# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**FILED**

OCT 2 5 2023

IN THIS OFFICE
Clerk U.S. District Court
Greensboro
By \_\_\_\_\_

|  |  |
|---|---|
| Shontae Devon Broadnax | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| **-v-** | |
| MS, Higgens - Inmate assignment Coordinator | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 1:23-cv-00925-LCB-JEP   Document 2   Filed 10/26/23   Page 1 of 27

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shontae Devon Broadnav |
| All other names by which you have been known: | |
| ID Number | 0724838 |
| Current Institution | Albemarle Correctional Institution |
| Address | P.O. Box 460 |
| | Badin                 NC        28009 |
| | *City*              *State*      *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MS, Higgens - Inmate assignment coord- |
| Job or Title *(if known)* | Inmate assignment coordinator |
| Shield Number | N/A |
| Employer | North carolina Department of adult correction |
| Address (Physical) → | 831 W. MorGan street |
| | Raleigh            NC     27603-1659 |
| | *City*            *State*      *Zip Code* |

☑ Individual capacity   ☑ Official capacity

(mailing) 4260, mail service center
Raleigh. NC 27699-4260

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | |
| | *City*            *State*      *Zip Code* |

☐ Individual capacity   ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| *City* | *State* | *Zip Code* |
|---|---|---|

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| *City* | *State* | *Zip Code* |
|---|---|---|

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment - Equal protection & Due process

5th Amendment - Right to due process

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

MS; Higgens - acted under the Color of State law By performing Duties within her Job description as an Employee of the State of North-

III. **Prisoner Status** Careling Department of adult corrections.

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim** - (Please See attached) 1. Page

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. (Please See attached)

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At Albemarle correctional Inst, On Dates of and Between May 27 (2023) June-14-20 (2023) to 8-29-2023

C.  What date and approximate time did the events giving rise to your claim(s) occur?

_Please see attached - 2 pages_

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_Please see Attached - 3 pages_

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Due to ms Higgens intentionally reckless and callous act of indifference to my constitutional rights I suffered the lost of 63 days worth of Gain time credits, By her intentional Act to leave me off of a Job for 3 months when per policy I should have been swiftly reassigned a Job with same comparabilitys as the previous - I also lost 75.00 worth of earned incentive wages.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_Please see Attached - 2 pages (Claim 1 )(Claim 2)_

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✔] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Albemarle Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✔] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[ ] No

[✔] Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

At Albemarle correctional Institution

2.    What did you claim in your grievance?

Facts stated how I lost my Gain time and pay Due to (ms, Higgers) intentional actions.

3.    What was the result, if any?

No result

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I Appealed through all 3 steps (see attached grievance reply

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   In addition to filing the grievance I also informed Program Director (Ms. Jones) who ruffly 3 months later was able to get me reassigned to a proper job but by then I had lost (Day 63) and pay ($75.00)

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   All 3 remedies Attached

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    _____
      Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____

3.    Docket or index number

      _____

4.    Name of Judge assigned to your case

      _____

5.    Approximate date of filing lawsuit

      _____

6.    Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  10-20-2023

Signature of Plaintiff            _Shot Bh_

Printed Name of Plaintiff        Shontae  Broadnax

Prison Identification #          0724838

Prison Address                   Po Box 460

Badin                            NC       28009
City                        State    Zip Code

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City                        State    Zip Code

Telephone Number

E-mail Address

Attachment pertaining to (IV Statement of claim) page (4)

Claim # 1 Violation of 5th; 14th Amendment
Constitutional rights 5th Amendment Right to Due
Process befor being deprived of life, liberty or property.
Claim #2 → 14th Amendment Equal protection; Due process

Claim 1 → On or about (5-27)-(6-7-2023) Inmate Assignment
(5th amendment) coordinator, case Manager Ms Higgens intentionly
neglected her Job duties, Duties that she has
been trained by the (Northcarolina department
of Adult corrections to perform). Causing a
direct situation depriving Plaintiff Shontae Broadnax
of a liberty interest (when she failed to reasign
him for Gain time credit Job duties. Which created
a situation that prolonged Plaintiffs prison sentence
(By 63 days) without First properly providing
any due process, Which directly violates plaintiffs
constitionally protected 5th amendment rights.

Claim #2 →. On or About (7-14)-7-20-2023) Ms Higgens reasigned
(4th Amendment) (2 two) white inmates that was released from
the Ketchen around the same time as me (but did
infact receive an infraction). While it was me that per
D.A.C. policy should have been reassigned. Insteed Ms Higgens
choose to try an Deceive me with false information.

(page 1)

(1of1) Attachment pertaining to question (C) on page (5)
Concerning Claim #2 #1 #3 #2

- On 5-23-2023 I was officaly removed from my
  Diet cook Job.

On 6-5-2023 I meet with case manage (ms. Lambert)
who informed me that my infraction had been
dismissed Due to lack of evidence.

On 6-7-2023 I begun informing
Assignment Coordinator of the fact that my
write up was dismissed and that I need to
be reassigned per D.O.C. policy. (To no avail)

On 7-14 - 7-20-2023 I spoke with ms Higgens
Face to face while she was improperly
reassigning two white guys, and was told
conflicting lies pertaining to my
situation and my reassignment.

On 8-23-2023 I wrote (ms. Jones Programs
Director) and explained the situation to her.

On 8-24-23 Coincidentally (ms. Higgens) came
and assigned me to a Janitor Job that
had no comparabilitys as my previous Job.   (page2)

Attachment pertaining to question (C) on page (5)

On 8-29-2023 (ms, Jones Programs Director I)
Called me to programs to speak with me about the
situation. It wasn't until then that I received
retribution concerning the comparabilitys of the
Jobs. We me and the programs Director came
to the conclusion that the proper process should
have been for (ms, Higgens) to assign me to
a Job with the same comparabilitys and around
that time or shortly there after (ms, Jones)
begun to colaborate with Food service manager
ms Thompson to find me an opening with a
Job thats comparable to my previous in
(Gain time days and in pay)

On 9-5-2023. I filed grievance stating the
facts that I would like to be compensated
for the almost (3) months that (ms, Higgens) cost
me by not swiftly reassining me to a job.
Which per policy she should have and she
definitly had all of the means to do so
because in that time I observed her render
out multiple Jobs. Jobs to people who
Should have had Jobs.

(page 3)

Attachment pertaining to question(C) on page (5)

Note: Ms Thompson did indeed find me a spot in the Kitchen that had the same comparability as my previous (spot Diet cook) where I could earn (21 Gain time days) a month plus (125" a day).
  problem is that by then I had lost 3 months worth of work time Due to Inmate Assingment coordinators Intentionally deliberately depriving actions. In those 3 months I would have earned (21 days) of (Gain time for each month) totbling up to 63 days, Plus 125" a day for a total of $75.00

On May 21-2023 (I plaintiff, Shontae Broadnax) was removed from a Diet cook Kitchen Job that allow's me to earn 21 Gain time day & 1.25, 21 day's a month and 1.25 a day. I was removed Due to a officer stating I improperly filled the Juice cups. The infraction which lead to my removel was swiftly dismissed By D.H.O. for lack of evidence. Beginning on or about 6-7-2023 I begun informing (ms. Higgens) of the fact that the charge had been dismissed and that I needed to be placed back on a Gain time Job with the same Comparabilitys as my previous Job (per Policy). (D.O.C policy and procedure) A reasignment of a gain time Job was directly permitted. Instead (ms Higgens) made the personal Decision to prolong plaintiffs prison sentence by intentianlly Disregarding her Job duties. On or about the end of June, June 17- August 5th 2023) ms Higgens came to falls unit 2 side to provide Jobs. In that group of people I noticed 2 white guys that had been removed from the Kitchen around the same time as me, only difference is they the 2 white guys received infractions for their removel and where found guilty.

(page 5)

Which per policy they Should have been made
to wait 90 days befor they would be eligable
for reasignment. Never the less hear I am
Observing this intentional unequal Treatment
Taking place. At that very moment I approached
Assignment Coordinator (m.s. Higgens) about my
situation face to face and verbally informed her
that my infraction was dismissed Due to lack
of evidence. I also informed her that per policy
She was intitled to swiftly reassign me.
MS Higgens Stated ("Verbatim") I have no Knowledge
of that and at best I'll be put back on the list.
I Told her ("Verbatim") you are committing a Act
of purposeful discrimination by reassigning
these two guys to a job befor their 90 day
~~Bereased~~ Period had passed, but you wont even
~~recognize~~ recognize the true fact that you should
be reassigning me. MS, Higgens who is a white
lady told me to mind my Busniss and
return to my block. Officer Bomba and
Officer Harwood was at the staff desk when
this took place.
  I Did infact return to my block,
On 8-23-2023 I submitted a hand written
letter to (ms. Jones) (the Programs Director)

(page 6)

Explaining to her in detail the situation and how ms Higgens had tried to undermind me. Coincidentally On 8-24-2023 ms Higgens came to assign me to a Dorm Janitor a Job with no comparabilitys to my previous Job. Dorm Janitors can only receive up to 9 Gain time days a month, and only make 40ᵗʰ a day. On 8-29-2023. (Programs Director ms Jones) called me to programs and spoke with me about the situation and asked me was I Satisfied with the outcome. I advised her of the policy and let her Know that I was not, Due to the fact that the comporabilitys of the two Jobs (Gain days and pay) did not line up in no way the same.

(MS. Jones Programs Director) instructed ms. Thompson (Food Service Manager #1) To Find me a spot in the Kitchen thats compatable to my previous because I was intitled to it from the Start.

By then I had lost 3 months of work totaling 63 days of gain time I ~~could~~ would have earned

Attachment pertaining to question (VI Relief) on page (5)
for (Claim #1) (Violation of 5th Amendment Due
process Clause.

 I would feel it is justified that I be restored
the (63-days of Gain time) that I lost due
to the inmate Assignment coordinator (MS, Higgens)
intentional Actions.  Along with the ($75.00
of earned wages.)

63 days of Gain time
$75.00 of earned wages.

Attachment pertaining to question (VI-Relief) on page (5)
For (Claim #2) (Violation of (14th) Amendment) (Due process)[3]
(Equal protection)

- I feel that it is Justified that Inmate Assignment
coordinator (MS, Higgens) Actions is consistent
to being motivated by evil, motive or intentional
all while being deliberately indifference to my
consititutional Amendment Rights.
I Request to be Awarded $2,000 for this
Violation of my consititutional Rights.
(punitive damages) $2,000



# North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

**DC-410 Screening Response**

**Regarding Grievance No.: 4580-2023-FALSC-22964**
**Received: 09/05/2023**

**Inmate:** **BROADNAX, SHONTAE V - 0724838**
**Location:** **4580-ALBEMARLE CI - FALSC201**

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 09/05/2023.

| | |
|---|---|
| 09/05/2023 | WHITLEY, JULIE J |
| *Date* | *Staff Electronic Signature* |

cc: CTS



**MAILING ADDRESS:**
P.O.BOX 460
BADIN, NC 28009

WWW.NCDPS.GOV

An Equal Opportunity Employer

**OFFICE LOCATION:**
44150 AIRPORT ROAD
NEW LONDON, NC 28127
Telephone: (704)422-3036
Fax: (704)422-3074



DC–410 (Rev. 02/22)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Offender Name: Shantae Broadnax          Offender #: 0724838

Location: Albemarle Correctional Inst          Date: 9-5-2023

Grievance Statement: Correctional case manager Ms Higgens intentionlly neglected her duties, causing a direct situation of deliberate indifferance while also depriving me of 63 days of gain time, as well as $75.00 of gain time Job pay When she fail to properly proform her Job duties, by creating a situation that prolonged my prison sentence without due process. Directly violating my constitutionally protected ~~fartenth~~ fourteenth amendment. Ms Higgens did infact neglect her duties on or about June 7-9-2023 by not swiftly reassigning ~~Reassigning~~ me to a gain time Job, where by the circumstances

What remedy would resolve your grievance?: of the situation per (Nc DAC) policy and procedure a reassignment of a gain time Job, a Job with the same comparabilitys was directly permitted a.s.a.p. once the frivolous charge that had me removed from my first Job was dismissed.

Offender Signature: Shantae Broadnax

---

**OFFICIAL USE**

Date received: 9/5/23          _____          _____
                               Receiving Officer Signature          Staff ID

Facility #: 4580     Year: 2023     Housing #: FALSC     Sequence #: 22964

Distribution: White - Facility Copy; Pink - Offender Copy



DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Shonae Broadnax     Offender #: 0724838

Location: Albemarle Correctional Inst     Date: 9-5-2023

Grievance Statement: Instead Ms Higgens made the personal decison to prolong my prison sentence by intentionally disregarding her Job duties, as well as trying to undermind me when I asked her (Verbatim) ~~was~~ Isint It policy that your are to reassign me to a Job directly. Ms Higgens responded By Telling me (Verbatim) No Im not infilled to reassign you but you are back on the list. I pesonally knew that Statement to be untrue. 3 months later I was put back on a Job which Means due to her intention disregard I was ~~made~~ forced to sacrifice 3 months of gain time 63 days and #75.00 gain Pay.

What remedy would resolve your grievance?: _____

I Would like to resolve this grievance by receiving the sacrificed gain time and pay that was SAcrificed by ms Higgens due to her Personal decision to neglect her Job duties.

Offender Signature: Shu Br

---

### OFFICIAL USE

Date received: 9/5, 23     J. Huntley     W0528

            Receiving Officer Signature       Staff ID

Facility #: 4580    Year: 2023    Housing #: FAUSC    Sequence #: 029164

Distribution: White - Facility Copy; Pink - Offender Copy

8th

5th
14th  Higgens

1 - Starlings

 **North Carolina Department of Adult Correction**

Roy Cooper, Governor                                                    Todd E. Ishee, Secretary

## Step One - Unit Response

**Regarding Grievance No.: 4580-2023-FALSC-22964**
**Received: 09/05/2023**

**Inmate:  BROADNAX, SHONTAE V - 0724838**
**Location: 4580-ALBEMARLE CI - SCB- 108**

Allegation(s) investigated and the following has been found:

According to the Inmate Assignment Coordinator, you were not singled out in any form. Jobs are given regularly to all inmates. Inmate Assignment Coordinator was not notified of the dismissal of charges. You were placed back on a job and are receiving gain time as well as pay. No further action required.

| 09/20/2023 | KEEGAN, NICHOLAS J |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A)____ Agree with grievance response          (B)____ Appeal to Step Two (24-hour limit)

| | |
|---|---|
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature (optional)* |

cc: CTS

**MAILING ADDRESS:**
P.O.BOX 460
BADIN, NC 28009

WWW.NCDPS.GOV



An Equal Opportunity Employer

**OFFICE LOCATION:**
44150 AIRPORT ROAD
NEW LONDON, NC 28127
Telephone: (704)422-3036
Fax: (704)422-3074


**Step Two - Area/Complex/Institution Response**

**Regarding Grievance No.: 4580-2023-FALSC-22964**
**Received:  09/05/2023**

**Inmate:    BROADNAX, SHONTAE V - 0724838**
**Location:  4580-ALBEMARLE CI - SCB- 108**

In response to your grievance, there is no evidence to substantiate your claim that the Offender Assignment Coordinator deliberately or intentionally removed you from your job assignment or failed to reassign you. You were placed back in a job assignment when one became available. You may submit a request to your case manager for assistance with further clarification on the process of assignments and program participation.

| 10/04/2023 | MCBRIDE, CORDELIA C. |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A)_____ Agree with grievance response        (B)_____ Appeal to Secretary, DAC (24-hour limit)

| | |
|---|---|
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature(optional)* |

cc: CTS

**MAILING ADDRESS:**
P.O.BOX 460
BADIN, NC 28009



**OFFICE LOCATION:**
44150 AIRPORT ROAD
NEW LONDON, NC 28127
Telephone: (704)422-3036
Fax: (704)422-3074

WWW.NCDPS.GOV            An Equal Opportunity Employer

# North Carolina Department of Adult Correction

## Inmate Grievance Resolution Board

State of North Carolina
Roy Cooper
Governor

Kimberly D. Grande
Executive Director

4207 MAIL SERVICE CENTER, RALEIGH, NC 27699-4207

Members
David W. Addison, Esq.
Robert E. Campbell, Esq.
Phyllis S. Leary
Travis F. Ellis, Esq.
Carlton B. Joyner

### Step Three - Administrative Remedy Response

| | |
|---|---|
| **Inmate:** **BROADNAX,SHONTAE V** | **Tracking No:** **0000610642** |
| **Inmate #:** **0724838** | **Unit Grievance No:** **4580-2023-FALSC-22964** |
| **Location:** **4580-ALBEMARLE CI - SCB- 108** | **Date Received:** **10/04/2023** |
| **Courier # 03-24-01** | |

## Grievance Examiner: Findings and Disposition Order

This examiner has carefully reviewed the grievance and the response given by staff in the Step 1 and Step 2 responses. From this review, I am convinced that staff has adequately addressed this offender's grievance concerns. I adopt the facts found by the staff investigator. My examination of this grievance reveals no violation of applicable Prisons policy nor does it show any evidence of staff indifference or misconduct related to this offender's job assignment.

Offenders are required to report to their assignments given and are not permitted to refuse assignments, malinger, shirk, or perform work in a lazy or careless manner. See policy .0301 (c). Further, assignments are made based upon institution needs and pursuant to policy sections .0502 (g) and .1403. On 05/23/23 you were removed from your Diet Cook position due to "POOR WORK PERFORMANCE". On 08/27/23 you were reassigned to housing janitor and then to dish machine operator. On 09/11/23 you lost your job because you were unavailable (Infraction). No further action warranted; thus this grievance is dismissed as lacking merit.

| 10/09/2023 | DELLARIPA, ANGELA M |
|---|---|
| *Date* | *Inmate Grievance Examiner Electronic Signature* |

cc: CTS