IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHONTAE DEVON BROADNAX,　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　　　　)　　　　1:23CV925
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
MS. HIGGINS,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant(s).　　　　　　)

**JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on December 1, 2023, was served on the parties in this action. (ECF Nos. 3, 4.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be **DISMISSED** *sua sponte* without prejudice to Plaintiff filing a new and complaint, on the proper § 1983 forms, which correct the defects cited in the Magistrate Judge's Recommendation.

This, the 3rd day of January 2024.

　　　　　　　　　　　　　　　　　　　　　　/s/ Loretta C. Biggs
　　　　　　　　　　　　　　　　　　　　　　United States District Judge